## LLOYD, ALIAS LOYD *v.* WARDEN OF MARYLAND PENITENTIARY

[No. 44, September Term, 1961.]

*Decided December 26, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated by Judge Harlan for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*